BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-Mail: aplutzik@bramsonplutzik.com
E-Mail: jrosenberg@bramsonplutzik.com

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Eric Andersen
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ANDRES LIBRI, derivatively on behalf of BLUE COAT SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN M. NESMITH, DAVID W. HANNA, JAMES A. BARTH, JAMES R. TOLONEN, KEITH GEESLIN, CAROL G. MILLS, and MICHAEL J. BORMAN,<br><br>   Defendants,<br><br>and<br><br>BLUE COAT SYSTEMS, INC.<br><br>   Nominal Defendant. | Civil Action No. C 11-05338 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**
65808

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 23.1, the parties to the above-captioned action (the "Action") hereby stipulate to the dismissal of the Action without prejudice and with each party to bear their own costs and attorneys' fees. No monetary consideration has been provided in exchange for this dismissal. Because the case is being dismissed on grounds of mootness, no notice of this dismissal need be given under Rule 23.1(c).

IT IS SO STIPULATED

Dated: March 15, 2012

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 077785)
Email: aplutzik@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94596
Telephone: 925/945-0200
Facsimile: 925/945-8792

By /s/ Alan R. Plutzik
   Alan R. Plutzik

LEVI & KORSINSKY, LLP
Joseph E. Levi
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: 212-363-7500
Facsimile: 212-363-7171

Attorneys for Plaintiff Nathan Andres Libri

Dated: March 16, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
JEROME F. BIRN, JR., State Bar No. 128561
jbirn@wsgr.com
CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
KATHERINE L. HENDERSON, State Bar No. 242676
khenderson@wsgr.com

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
65808                                                                 1

MOLLY A. ARICO, State Bar No. 260472
marico@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By *K. Henderson* *[signed] lcy A[rico] with express authorization*
Katherine Henderson

Attorneys for Defendants Brian M. NeSmith, David W. Hanna, James A. Barth, James R. Tolonen, Keith Geeslin, Carol G. Mills, Michael J. Borman, and Nominal Defendant Blue Coat Systems, Inc.

## ORDER

Pursuant to Stipulation of all parties, and good cause appearing therefor, it is hereby ordered, pursuant to Federal Rule of Civil Procedure 23.1, that this Action is dismissed without prejudice and with each party to bear their own costs and attorneys' fees. No notice of the dismissal need be disseminated.

IT IS SO ORDERED.

Dated: 3/20/12                         _____
                                        The Honorable Richard Seeborg